

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00394-CV

Adalgiza **GARCIA**,
Appellant

v.

Derly **MASCORRO**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-20-170
Honorable Orlando Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the portion of the Final Decree of Divorce that determines and divides the marital estate is REVERSED. The remainder of the Final Decree of Divorce is AFFIRMED.

We REMAND the cause to the trial court for it to receive evidence necessary to find what property comprises the marital estate and render a just and right division of the community property.

Costs of appeal are taxed against Appellee Derly Mascorro.

SIGNED March 22, 2023.

Liza A. Rodriguez, Justice